UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD FORTENBERRY, | Case No. 22-12367 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| TAMARA KELLEY, *et al.*, | Kimberly G. Altman |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**THE MAGISTRATE JUDGE'S JULY 20, 2023**
**REPORT AND RECOMMENDATION (ECF No. 22)**

Currently before the Court is Magistrate Judge Kimberly G. Altman's July 20, 2023 Report and Recommendation. (ECF No. 22). Magistrate Judge Altman recommends the dismissal of defendants Lamb, Miller, Anderson, Fritz, Jones, Webb, Baldwin, and Leslie, after screening of the amended complaint, for failure to state a claim. *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition.

Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

Recommendation (ECF No. 22) and **DISMISSES** defendants Lamb, Miller,

Anderson, Fritz, Jones, Webb, Baldwin, and Leslie as defendants from this action.

    **SO ORDERED**.

Date: September 8, 2023                    <u>s/F. Kay Behm</u>
                                                 F. Kay Behm
                                                 United States District Judge