UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD FORTENBERRY, | Case No. 22-12367 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| TAMARA KELLEY, *et al.*, | Kimberly G. Altman |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MARCH 5, 2024
REPORT AND RECOMMENDATION (ECF No. 40)**

Currently before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation.  (ECF No. 40).  Magistrate Judge Altman recommends granting Defendants Maxson and Nakata's motion for summary judgment on the basis of failure to exhaust administrative remedies, and dismissing them as Defendants without prejudice.  (ECF Nos. 40, 31).  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149

(1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 40), grants Defendants' motion for summary judgment (ECF No. 31), and **DISMISSES** Defendants Maxson and Nakata as Defendants, without prejudice.

    **SO ORDERED**.

Date: April 4, 2024                          s/F. Kay Behm
                                             F. Kay Behm
                                             United States District Judge