UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD FORTENBERRY,

    Plaintiff,

v.

AMY FUCIARELLI and
TAMARA KELLEY,

    Defendants.
_____/

Case No. 22-12367

Hon. F. Kay Behm
Hon. Kimberly G. Altman

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 23, 2025, Magistrate Judge Kimberly G. Altman issued a report and recommendation proposing that the court grant Defendants' motion for summary judgment. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Altman's analysis and conclusions.

Therefore, it is **ORDERED** that Magistrate Judge Altman's report and recommendation (ECF No. 63) is **ACCEPTED** and **ADOPTED** as the order of the court.

It is further **ORDERED** that Defendants' motion for summary judgment (ECF No. 50) is **GRANTED.**

Dated: July 17, 2025                    <u>s/F. Kay Behm</u>
                                        F. Kay Behm
                                        United States District Judge