UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD FORTENBERRY,

    Plaintiff,

                                     Case No. 22-12367

v.

                                     Hon. F. Kay Behm

AMY FUCIARELLI and               Hon. Kimberly G. Altman
TAMARA KELLEY,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the court's order issued on this date, Plaintiff's

complaint is **DISMISSED** and judgment is entered in favor of Defendants.

    **SO ORDERED**.

Date: July 17, 2025                s/F. Kay Behm
                                     F. Kay Behm
                                     United States District Judge